UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ALEXANDER KUHL,

    Plaintiff,      Case No. 1:25-CV-32

v      Hon. Ray Kent

COUNTY OF NEWAYGO, et al,

    Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated:  April 1, 2025      /s/ Ray Kent
    RAY KENT
    United States Magistrate Judge