UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ALEXANDER KUHL,

Plaintiff,

v.

NEWAYGO COUNTY, et al.,

Defendants.
_____________________________________/

Hon. Phillip J. Green

Case No. 1:25-cv-00032

**JUDGMENT**

Consistent with the Opinion and Order filed this day, Defendants' Motion for Summary Judgment (ECF No. 59) is granted and this matter is terminated.

Date: September 17, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge